SEMMLER, Appellant, v. BAIER, et al, Respondents.

(269 N. W. 88.)

(File No. 7941.   Opinion filed October 5, 1936.)

*M. C. Lasell,* of Aberdeen, for Appellant.
*Stewart Sharpe,* of Delmont, for F. W. Baier.
*J. R. Bandy,* of Armour, for Douglas County.

PER CURIAM.   This is an appeal from a judgment only. We are convinced that the conclusions of law and judgment are supported by the facts found by the trial court, and it follows that the judgment appealed from should be, and is, affirmed.

All the Judges concur.